# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2358
LT Case No. 10-2021-CA-820

_____

MARTIN MALYO,

    Appellant,

    v.

MERSADI DAVIS,

    Appellee.

_____

On appeal from the Circuit Court for Clay County.
Steven B. Whittington, Judge.

Martin Malyo, Green Cove Springs, pro se.

Kelly B. Mathis, of Law Office of Kelly B. Mathis, Jacksonville, for Appellee.

May 12, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____